IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | August 28, 2014 |
| Court Reporter: | Gwen Daniel | Probation: | Patrick Lynch |

_____

Criminal Action No. 13-cr-00159-WJM-8         <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Susan Knox

    Plaintiff,

v.

8. RODNEY DE LA TORRE REYNA,                 Richard Banta

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

2:00 p.m.    Court in Session

Appearances of counsel.

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox.

Sentencing Statement by Mr. Banta.

> Defendant plead guilty to Count One of the Indictment and admitted to the general notice of forfeiture on March 28, 2014.

1

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility [Doc. No. 1018, filed August 12, 2014] is **GRANTED**.

**ORDERED:** Government's Motion to Dismiss Counts Seventeen, Eighteen, Nineteen and Twenty of the Indictment as to Defendant Rodney Delatorre Reyna [Doc. No. 1019, filed August 12, 2014] is **GRANTED**. Counts 17, 18, 19, and 20 of the Indictment are dismissed as to Defendant number 8, Rodney Delatorre Reyna, only.

**ORDERED:** Government's §5K1.1 and Title 18 U.S.C. §3553(e) Motion for Downward Departure Based on Substantial Assistance [Doc. No. 1020, filed August 12, 2014] is **GRANTED**.

**ORDERED:** Defendant's Motion for a Departure/Variant Sentence and Sentencing Statement [Doc. No. 1021, filed August 15, 2014] is **GRANTED** as to the unopposed portion of the motion seeking a variant sentence in accordance with the provisions of the proposed Amended Guidelines reducing the drug tables in §2D1.1 by two levels, and **DENIED AS MOOT** as to the remaining portion of the motion.

Defendant's Allocution.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Rodney Delatorre Reyna, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 61 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District and State of Colorado.**

**The Court recommends that the Bureau of Prisons place the defendant at an institution with a residential drug abuse or comparable substance abuse program and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED: Upon release from imprisonment defendant is placed on supervised release for a term of 5 years.**

**Within 72 hours of release from the custody of the Bureau of Prisons**

               **the defendant must report in person to the probation office in the district to which defendant is released.**

               **While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

               **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

               **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**  **Special Condition of Supervised Release:**

               **1.**  **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:**  **The defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds of the instant offense and as stipulated to in the plea agreement.**

**ORDERED:**  **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his limited appeal rights.

**ORDERED:**  **Defendant is REMANDED to the custody of the U.S. Marshal.**

2:31 p.m.   Court in Recess
Hearing concluded
Time:  00:31